# EXHIBIT A

**EXHIBIT A**

**CLASS MEMBER LIST**

| No. | PIN | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 1 | 305 | Moreno | Juan | Badillo |
| 2 | 316 | Moreno | Eduardo | Montiel |
| 3 | 851 | Montiel | Daniel | |
| 4 | 1117 | Serna | Miguel R. | Angel |
| 5 | 1118 | Badillo | Elvia | Flores |
| 6 | 1120 | Montiel | Ismael | Moreno |
| 7 | 2207 | Roque | Juan | M. |
| 8 | 2208 | Aragon | Adrian | B. |
| 9 | 2554 | Guzman | Margarita | |
| 10 | 2611 | Badillo | Andres | |
| 11 | 2627 | Mejia | Miguel | |
| 12 | 2705 | Lopez | Miguel | |
| 13 | 2926 | Tellez | Edmundo | |
| 14 | 2929 | Santiago | Heriberto | |
| 15 | 2945 | Cano | Jorge | |
| 16 | 2989 | Marin | Horacio | |
| 17 | 3061 | Sanchez | Florentino | |
| 18 | 3097 | Flores | Yuridia | |
| 19 | 3102 | Alvarez | Ulises | |
| 20 | 3968 | Sandoval | Veronica | |
| 21 | 3969 | Sandoval | Miguel | |
| 22 | 3974 | Marin | Griselda | |
| 23 | 3975 | Garcia | Martha | |
| 24 | 3976 | Garcia | Juventino | |
| 25 | 3981 | Sanchez | Emma | |
| 26 | 3996 | Romero | Antonio | |
| 27 | 3997 | Lugo | Felipe | |
| 28 | 3999 | Acuna | Casimiro | |
| 29 | 4018 | Hernandez | Juan | Carlos |
| 30 | 4019 | Hernandez | Esther | |
| 31 | 4020 | Lopez | Juan | |
| 32 | 4021 | Lopez | Alejandro | |
| 33 | 4022 | Cruz | Noe | |
| 34 | 4023 | Torres | Julia | |
| 35 | 4024 | Matias | Israel | |
| 36 | 4025 | Orellana | Raimundo | |
| 37 | 4027 | Marroquin | Alcides | |
| 38 | 4029 | Martinez | Jony | |
| 39 | 4030 | Rodas | Vianey | |
| 40 | 4034 | Vargas | Humberto | |
| 41 | 4035 | Corona | Maria | |
| 42 | 4036 | Baca | Sofia | |
| 43 | 4037 | Sanchez | Juan | |
| 44 | 4040 | Vargas | Rigoberto | |
| 45 | 4041 | Alvarez | Alicia | |
| 46 | 4042 | Cienfuegos | Francisco | |

**EXHIBIT A**
**CLASS MEMBER LIST**

| No. | PIN | Last Name | First Name | Middle Name |
|---|---|---|---|---|
| 47 | 4043 | Salcedo | Isabel | |
| 48 | 4046 | Saturnino | Miguel | |
| 49 | 4047 | Salcedo | Maria | |
| 50 | 4048 | Salcedo | Angelita | |
| 51 | 4049 | Deleon | Linda | |
| 52 | 4054 | Perez | Fidencio | |
| 53 | 4055 | Rosas | Jesus | |
| 54 | 4061 | Lopez | Marco | |
| 55 | 4067 | Flores | Jose | |
| 56 | 4068 | Garcia | Juan | |
| 57 | 4073 | Sanchez | Israel | |
| 58 | 4074 | Pina | Isabel | |
| 59 | 4091 | De leon | Carlos | |
| 60 | 4105 | Granados | Fernando | |
| 61 | 4106 | Garcia | Armando | |
| 62 | 4107 | Barajas | Jesus | |
| 63 | 4108 | Garcia | Jose | |
| 64 | 4109 | Valencia | Emiliano | |
| 65 | 4110 | Mariano | Trinidad | |
| 66 | 4115 | Asevez | Pedro | |
| 67 | 4116 | Montoya | Angelica | |