UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ULISES ALVAREZ, individually and on behalf of all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>UPLAND VINEYARDS, LLC.,<br><br>Defendant. | NO: 1:15-CV-3185-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 17).  The settlement in this matter has been approved and the parties represent that settlement funds have been paid, disbursed, and cleared the Columbia Legal Services's trust account.  Therefore, the parties agree this matter may be dismissed with prejudice.  The parties further agree that Defendant will continue to provide the Notice of Rights as the Court Ordered in the Final Approval of Class Action Settlement (ECF No. 15).

//

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice.

2. Pursuant to the Court's previous order (ECF No. 15), Defendant shall continue to provide the Notice of Rights as Ordered. The Court will retain jurisdiction to enforce this provision, notwithstanding this dismissal. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and otherwise **CLOSE** the file.

**DATED** November 7, 2016.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2